# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WILLIAM WRIGHT | **CASE NO.: 2:15-cv-05805-R-PJW** |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CHARLES L. BECK; MICHAEL N. FEUER; HEATHER AUBRY; RICHARD TOMPKINS; and JAMES EDWARDS; CITY OF LOS ANGELES; and DOES 1-50, | |
| Defendants. | |

Pursuant to Court's Order Granting Defendants' Motion for Summary Judgment (Dkt. 179) and the Court's prior interlocutory orders, the Court enters judgment and resolves all claims and defenses in this action among Plaintiff Wayne William Wright and Defendants City of Los Angeles ("City"), Charles L. Beck, Michael N. Feuer, Heather Aubry, James Edwards, and Richard Tompkins (collectively "Defendants").

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment in this Action be entered in favor of all Defendants on Plaintiff's claim for violation of 42 U.S.C. § 1983. (Dkt. 179)

**IT IS HEREBY FURTHER ORDERED** that all claims alleged in the Action against all Defendants are hereby dismissed with prejudice. (Dkt. 83; Dkt. 179)

**IT IS SO ORDERED.**

DATED: January 30, 2019

The Honorable Manuel L. Real
UNITED STATES DISTRICT COURT JUDGE