MICHAEL N. FEUER, City Attorney
KATHLEEN A. KENEALY, Chief Assistant City Attorney
GABRIEL DERMER, Managing Assistant City Attorney
**FELIX LEBRON, Deputy City Attorney (SBN 232984)**
A. PATRICIA URSEA, Deputy City Attorney (SBN 221637)
Business and Complex Litigation Division
200 North Main Street, Room 675
Los Angeles, California 90012
Telephone: (213) 978-7559
Facsimile: (213) 978-7011
Felix.Lebron@lacity.org
Patricia.Ursea@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES, CHARLES L. BECK, MICHAEL N. FEUER, HEATHER AUBRY, RICHARD TOMPKINS, and JAMES EDWARDS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE WILLIAM WRIGHT<br><br>Plaintiff,<br><br>v.<br><br>CHARLES L. BECK; MICHAEL N. FEUER; HEATHER AUBRY; RICHARD TOMPKINS; and JAMES EDWARDS; CITY OF LOS ANGELES; and DOES 1-50,<br><br>Defendants. | **CASE NO.: 2:15-cv-05805-R-PJWx**<br><br>**DEFENDANTS' SUPPLEMENTAL BRIEF RE PLAINTIFF'S MOTION TO RE-TAX COSTS**<br><br>Judge: Hon. R. Gary Klausner<br>Ctrm: 850<br><br>**Judgment Entered Jan. 31, 2019** |

On July 2, 2019, the Court (the Honorable Gary Klausner) issued an Order Granting in Part and Denying in Part Plaintiff's Motion to Re-Tax Costs dated July 1, 2019 ("Order").  Dkt. No. 205.  The Court ordered Defendants to submit "a supplemental brief detailing Defendant's costs in relation to Defendant's Motion to Dismiss First Amended Complaint dated October 28, 2015 (Dkt. No. 21) no later than June 28, 2019."  *Id.*  Defendants promptly filed this supplemental brief upon service of the Order on ECF on July 2, 2019, which is *after* the Court's June 28 deadline but the earliest possible date for the filing based on the discrepency between the deadline to file the supplemental brief and the date the Order was served on ECF.  *Id.*

At the outset, Defendants note that **the Court already deducted Defendants' cost for the Motion to Dismiss (Dkt. No. 21) in the Order as part of the $832.50 in copy costs** that the Court found in the Order was "either unnecessary to the case or for which Defendant failed to provide an explanation regarding their necessity to the case."  *Id.* at 4; *see also* Dkt. No. 201 at 15-17, Section III.B (including Dkt. No. 21 Motion to Dismiss cost of $231.50 and Dkt. No. 25 Reply to Motion to Dismiss cost of $4.50 in Category of Unnecessary Copy Costs totaling **$832.50**).  Accordingly, **no further reductions to Defendants' copy costs are necessary or warranted for mandatory chamber copies for Defendants' Motion to Dismiss because the Court already deducted these costs in the Order**.  Nonetheless, Defendants address below their costs on the Motion to Dismiss (Dkt. No. 21) as the Court ordered.

Defendants' Itemization and Documentation in Support of Bill of Costs (Dkt. No. 187-1) filed concurrently with Defendants' Application to Tax Costs (Dkt. No. 187) addressed Defendants' costs for Mandatory Chamber Copies pursuant L.R. 54-3.10(a).  Dkt. No. 187-1 at 5-6, Section III.  Defendants' copy costs under L.R. 54-3.10(a) for the Motion to Dismiss (Dkt. No. 21) included 463 pages, and Defendants' requested costs at a per-page rate of $0.50 for a total of **$231.50**.  *Id.*  Defendants' Reply to the Motion to Dismiss (Dkt. No. 25) included nine pages and Defendants requested an award of costs in

the amount of $4.50 based on a per-page rate of $0.50.  *Id.*  Defendants' total cost for the Motion to Dismiss, including the Reply, (Dkt. No. 21 and Dkt. No. 25) is **$236.00** at $0.50 per page.

Specifically, Defendants' Itemization (Dkt. No. 187-1) identifed copying costs for mandatory chamber copies under L.R. 54-3.10(a) as follows for the Motion to Dismiss and Reply to the Motion to Dismiss.

| **Docket No.** | **# of Pages x $0.50 x # of Copies** | **Cost** |
| --- | --- | --- |
| 21 | 463 x $0.50 x 1 = | $231.50 |
| 25 | 9 x $0.50 x 1 = | $4.50 |

Again, these copy costs were included in Plaintiff's category of unnecessary copy costs totaling $832.50 that the Court already deducted in the Order.  Dkt. No. 205 at 4; Dkt. No. 201 at 15-17, Section III.B.  For this reason, no further adjustments or reductions to Defendants' copy costs are warranted.  Accordingly, the Court should enter a final order awarding Defendants' total costs of **$12,801.95** (comprised of $12,390.35 in deposition fees, $121.68 in witness fees, and $289.92 in total copy costs.).

DATED:  JULY 2, 2019

MICHAEL N. FEUER, CITY ATTORNEY
KATHLEEN A. KENEALY, CH. ASST CITY ATTY
GABRIEL S. DERMER, ASST. CITY ATTORNEY
**FELIX LEBRON, DEPUTY CITY ATTORNEY**

By:   */s/ Felix Lebron*
          Felix Lebron
       Deputy City Attorney
       Attorney for Defendants
**CITY OF LOS ANGELES, CHARLES L. BECK, MICHAEL N. FEUER, HEATHER AUBRY, RICHARD TOMPKINS, and JAMES EDWARDS**