# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:15-cv-05805-R-PJW | Date | 08-28-2019 |
|---|---|---|---|
| Title | *Wayne William Wright v. Charles L. Beck* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Christine Chung | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order re: Plaintiff's Motion to Re-Tax Costs (DE 201)**

On July 1, 2019, the Court issued its Order Granting in Part and Denying in Part Plaintiff's Motion to Re-Tax Costs and directing Defendants to file a supplemental brief detailing Defendants' costs in relation to their Motion to Dismiss the First Amended Complaint. (DE 205). Defendants filed the requested supplemental brief on July 2, 2019. (DE 206). Plaintiff did not file a response to Defendants' supplemental brief.

The Court, having considered Plaintiff's Motion and Defendants' supplemental brief, hereby ORDERS that costs are re-taxed against Plaintiff in the amount of $12,801.95, broken down as follows:

- $12,390.35 in deposition fees
- $121.68 in witness fees
- $289.92 in copy costs

**IT IS SO ORDERED.**

Initials of Preparer    cch

cc: Fiscal