FILED

DEC 1 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WAYNE WILLIAM WRIGHT,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>CHARLES L. BECK; et al.,<br><br>        Defendants-Appellees. | No.   19-55084<br><br>D.C. No.<br>2:15-cv-05805-R-PJW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: PAEZ, CALLAHAN, and VANDYKE, Circuit Judges.

    Appellees' motion to take judicial notice, Dkt. No. 21, is DENIED.