UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 15-05805-DSF (ASx) | Date | April 29, 2021 |
|---|---|---|---|
| Title | *Wayne William Wright v. Charles Beck, et. al.,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | Zoom 04/29/21 |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Joshua R. Dale | Felix Lebron |
| Anna M. Barvir | |

**Proceedings (In Chambers):**     **Settlement Conference**

   A settlement conference was conducted by video conference on April 29, 2021. Plaintiff Wayne Wright was present with counsel, Joshua R. Dale and Anna M. Barvir. Defendants were represented by counsel, Felix Lebron.

   The settlement conference was conducted off the record. A settlement was not reached at this time. However, the parties are encouraged to continue to discuss settlement within the parameters discussed at the settlement conference and are advised that the Court will be available for a further settlement conference should they so desire.

   The parties are reminded that all discussions were, and are, deemed to be confidential settlement discussions.

   IT IS SO ORDERED.

cc:   Dale S. Fischer
      United States District Judge

                                                        3    :  15
                              Initials of Preparer    AF