


C.D. Michel – SBN 144258
Joshua R. Dale – SBN 209942
Anna M. Barvir – SBN 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
cmichel@michellawyers.com
jdale@michellawyers.com

Attorneys for Plaintiff
Wayne William Wright

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WAYNE WILLIAM WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES L. BECK; MICHAEL N. FEUER; HEATHER AUBRY; RICHARD TOMPKINS; JAMES EDWARDS; CITY OF LOS ANGELES; and DOES 1 through 50,<br><br>Defendants. | Case No.: 2:15-cv-05805-R-PJW<br><br>**NOTICE OF TENTATIVE SETTLEMENT & REQUEST TO VACATE CURRENT TRIAL DATE AND ALL TRIAL RELATED DATES AND DEADLINES** |

**TO THIS HONORABLE COURT:**

The parties to the above-captioned action, Plaintiff Wayne William Wright and Defendants City of Los Angeles, Charles L. Beck, Michael N. Feuer, and James Edwards, through their respective attorneys of record hereby file this Notice of Tentative Settlement, and hereby request that the Court vacate the current trial date and all related dates and deadlines.

The parties have agreed to all material terms of the settlement and are currently in the process of memorializing the settlement agreement so that it can be executed

by all parties. The settlement requires approval by the Los Angeles City Council. The City estimates that the time required to complete the process for obtaining final approval may take up to 120 days because of City Council recesses over Thanksgiving and the end-of-year holidays and continued logistical challenges relating to the ongoing COVID-19 pandemic.

To permit time for the settlement to be considered by the City and, if approved, for the terms of the settlement to be fulfilled, the parties request that the Court vacate the current motion and trial dates, so as to avoid the unnecessary use of the parties' and the Court's resources. The parties also agree to file a joint status report regarding settlement no later than January 14, 2022 if a notice of dismissal of entire action is not filed before that date.

Respectfully submitted,

Dated: October 25, 2021    **MICHEL & ASSOCIATES, P.C.**

*/s/ Anna M. Barvir*
Anna M. Barvir
Attorney for Plaintiff

Dated: October 25, 2021    Michael N. Feuer, City Attorney
Kathleen Kenealy, Chief Asst. City Attorney
Gabriel Dermer, Asst. City Attorney
Felix Lebron, Dep. City Attorney

*/s/ Felix Lebron*
Felix Lebron
Attorneys for Defendants

Pursuant to Civil Local Rule 5-4.3.4, the below filer attests that all signatories listed above, on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

*/s/ Anna M. Barvir*
Anna M. Barvir

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Wright v. Beck, et al.*
Case No.: 2:15-cv-05805-R-PJW

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF TENTATIVE SETTLEMENT & REQUEST TO VACATE CURRENT TRIAL DATE AND ALL TRIAL RELATED DATES AND DEADLINES**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Felix Lebron
felix.lebron@lacity.org
Gabriel S. Dermer
gabriel.dermer@lacity.org
Office of the Los Angeles City Attorney
200 N. Main Street, Room 675
Los Angeles, CA 90012

    I declare under penalty of perjury that the foregoing is true and correct.

Executed October 25, 2021.

_____
Laura Palmerin