## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| WAYNE WILLIAM WRIGHT,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES L. BECK; MICHAEL N. FEUER; HEATHER AUBRY; RICHARD TOMPKINS; JAMES EDWARDS; CITY OF LOS ANGELES; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 2:15-cv-05805 DSF (ASx)<br><br>**ORDER RE PARTIES' NOTICE OF TENTATIVE SETTLEMENT AND REQUEST TO VACATE TRIAL AND ALL TRIAL RELATED DATES AND DEADLINES** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having considered the Parties' Notice of Tentative Settlement, hereby enters the following order:

1. Parties' request to vacate the current trial date (January 18, 2022) and all trial related dates and deadlines is granted;

2. Parties shall file a joint status report re settlement no later than January 14, 2022 if a notice of dismissal of the entire action is not filed on or before that date.

IT IS SO ORDERED.

DATED: October 26, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE