C.D. Michel – SBN 144258
Joshua R. Dale – SBN 209942
Anna M. Barvir – SBN 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
cmichel@michellawyers.com
jdale@michellawyers.com

Attorneys for Plaintiff
Wayne William Wright

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WAYNE WILLIAM WRIGHT,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CHARLES L. BECK; MICHAEL N. FEUER; HEATHER AUBRY; RICHARD TOMPKINS; JAMES EDWARDS; CITY OF LOS ANGELES; and DOES 1 through 50,<br><br>　　　　　　　Defendants. | Case No.: 2:15-cv-05805-R-PJW<br><br>**JOINT STATUS REPORT RE SETTLEMENT** |

**TO THIS HONORABLE COURT:**

　　The parties to the above-captioned action, Plaintiff Wayne William Wright and Defendants City of Los Angeles, Charles L. Beck, Michael N. Feuer, and James Edwards, through their respective attorneys of record hereby file this Joint Status Report to advise the Court of their progress in finalizing a settlement.

　　On October 25, 2021, the parties filed a Notice of Tentative Settlement, and informed the Court that the parties were in the process of finalizing the terms of the settlement agreement and that the agreement required the approval of the City

1  Council. The parties requested and the Court ordered that all scheduling dates be
2  vacated and that a Status Report be filed by January 14, 2022. The parties have
3  reached agreement on the general terms and language of a settlement but are still
4  finalizing the written settlement agreement and require additional time to obtain the
5  necessary City Council approval.

      To allow time for the settlement to be finalized, and all necessary City approvals to be obtained, the parties request that the Court continue this matter and set a further status report due in 90 days or no later than April 14, 2022, if a notice of dismissal of the entire action is not filed before that date.

                                             Respectfully submitted,

Dated: January 14, 2022           **MICHEL & ASSOCIATES, P.C.**

                                             */s/ Anna M. Barvir*
                                             Anna M. Barvir
                                             Attorney for Plaintiff

Dated: January 14, 2022           Michael N. Feuer, City Attorney
                                             Kathleen Kenealy, Chief Asst. City Attorney
                                             Gabriel Dermer, Asst. City Attorney
                                             Felix Lebron, Dep. City Attorney

                                             */s/ Felix Lebron*
                                             Felix Lebron
                                             Attorneys for Defendants

      Pursuant to Civil Local Rule 5-4.3.4, the below filer attests that all signatories listed above, on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

                                             */s/ Anna M. Barvir*
                                             Anna M. Barvir

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Wright v. Beck, et al.*
Case No.: 2:15-cv-05805-R-PJW

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**JOINT STATUS REPORT RE SETTLEMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

  Felix Lebron
  felix.lebron@lacity.org
  Gabriel S. Dermer
  gabriel.dermer@lacity.org
  Office of the Los Angeles City Attorney
  200 N. Main Street, Room 675
  Los Angeles, CA 90012

    I declare under penalty of perjury that the foregoing is true and correct.

Executed January 14, 2022.

*/s/ Laura Palmerin*
Laura Palmerin