C.D. Michel – SBN 144258
Joshua R. Dale – SBN 209942
Anna M. Barvir – SBN 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
cmichel@michellawyers.com
jdale@michellawyers.com

Attorneys for Plaintiff
Wayne William Wright

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WAYNE WILLIAM WRIGHT,<br><br>                    Plaintiff,<br><br>vs.<br><br>CHARLES L. BECK; MICHAEL N. FEUER; HEATHER AUBRY; RICHARD TOMPKINS; JAMES EDWARDS; CITY OF LOS ANGELES; and DOES 1 through 50,<br><br>                    Defendants. | Case No.: 2:15-cv-05805-R-PJW<br><br>**SECOND JOINT STATUS REPORT RE SETTLEMENT** |

**TO THIS HONORABLE COURT:**

The parties to the above-captioned action, Plaintiff Wayne William Wright and Defendants City of Los Angeles, Charles L. Beck, Michael N. Feuer, and James Edwards, through their respective attorneys of record hereby file this Joint Status Report to advise the Court of their progress in finalizing a settlement.

On October 25, 2021, the parties filed a Notice of Tentative Settlement, and informed the Court that the parties were in the process of finalizing the terms of the settlement agreement and that the agreement required the approval of the City

Council. On October 26, 2021, the Court issued an Order vacating the trial date and related trial deadlines and requesting the parties to file a Joint Status Report by January 14, 2022.

The parties filed a Joint Status Report on January 14, 2022, informing the Court that an agreement of the general terms and language of a settlement had been reached but the final written settlement agreement was still being drafted. On January 18, 2022, the Court ordered the parties to file a further joint status report regarding settlement by April 14, 2022, if a notice of dismissal had not been filed.

The parties have drafted and finalized the written settlement agreement but require additional time to obtain all necessary City Council approvals. On March 21, 2022, the City Claims Board considered the settlement in closed session. On April 11, 2022, the City Council Budget and Finance Subcommittee considered the settlement in closed session. The settlement is now pending review and approval by the full City Council. To allow time for City Council approval to be obtained, the parties respectfully request that the Court continue this matter and set a further status report due on or before May 30, 2022, if a notice of dismissal of the entire action is not filed before that date.

Respectfully submitted,

Dated: April 12, 2022                    **MICHEL & ASSOCIATES, P.C.**

                                         */s/ Anna M. Barvir*
                                         Anna M. Barvir
                                         Attorney for Plaintiff

Dated: April 12, 2022                    Michael N. Feuer, City Attorney
                                         Kathleen Kenealy, Chief Asst. City Attorney
                                         Gabriel Dermer, Asst. City Attorney
                                         Felix Lebron, Dep. City Attorney

                                         */s/ Felix Lebron*
                                         Felix Lebron
                                         Attorneys for Defendants

2

Pursuant to Civil Local Rule 5-4.3.4, the below filer attests that all signatories listed above, on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

*/s/ Anna M. Barvir*
Anna M. Barvir

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Wright v. Beck, et al.*
Case No.: 2:15-cv-05805-R-PJW

IT IS HEREBY CERTIFIED THAT:

     I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

     I am not a party to the above-entitled action. I have caused service of:

**SECOND JOINT STATUS REPORT RE SETTLEMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Felix Lebron
felix.lebron@lacity.org
Gabriel S. Dermer
gabriel.dermer@lacity.org
Office of the Los Angeles City Attorney
200 N. Main Street, Room 675
Los Angeles, CA 90012

     I declare under penalty of perjury that the foregoing is true and correct.

Executed April 13, 2022.

Laura Palmerin

CERTIFICATE OF SERVICE