JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WAYNE WILLIAM WRIGHT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CHARLES L. BECK; MICHAEL N. FEUER; HEATHER AUBRY; RICHARD TOMPKINS; JAMES EDWARDS; CITY OF LOS ANGELES; and DOES 1 through 50,<br><br>　　　　　　　Defendants. | Case No.: 2:15-cv-05805-DSF-AS<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND RETENION OF JURISDICTION FOR 60 DAYS TO COMPLETE ALL SETTLEMENT TERMS [228]** |

　　The Court is advised that on May 10, 2022, the parties reached a final settlement of all claims in this action, having obtained all necessary City approvals and party signatures. The Parties submitted a Joint Stipulation of Dismissal of Entire Action with Prejudice and attached as Exhibit A the fully executed settlement agreement in this action.

　　Accordingly, this entire action is dismissed with prejudice. The Court hereby incorporates the terms of the parties' settlement agreement, ECF No. 228, Ex. A, into this Order, and retains jurisdiction over the enforcement of the settlement

agreement for a period of 60 days to permit the settlement to completed. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994).

If settlement terms are fulfilled prior to 60 days, Plaintiff is to notify the Court within five days.

IT IS SO ORDERED.

Dated: May 25, 2022

Honorable Dale S. Fischer
United States District Judge