C.D. Michel – SBN 144258
Joshua R. Dale – SBN 209942
Anna M. Barvir – SBN 268728
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
cmichel@michellawyers.com
jdale@michellawyers.com

Attorneys for Plaintiff
Wayne William Wright

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| WAYNE WILLIAM WRIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES L. BECK; MICHAEL N. FEUER; HEATHER AUBRY; RICHARD TOMPKINS; JAMES EDWARDS; CITY OF LOS ANGELES; and DOES 1 through 50,<br><br>Defendants. | Case No.: 2:15-cv-05805-R-PJW<br><br>**NOTICE OF FULFILLMENT OF SETTLEMENT TERMS** |

1  TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
2  RECORD:
3      PLEASE TAKE NOTICE that, pursuant to this Court's Order Re: Dismissal
4  of Entire Action with Prejudice & Retention of Jurisdiction for 60 Days to Complete
5  All Settlement Terms (ECF No. 229), Plaintiff Wayne William Wright hereby
6  notifies the Court that all settlement terms have been fulfilled and settlement is now
7  completed.

9  Dated: June 7, 2022          MICHEL & ASSOCIATES, P.C.

11                              */s/ Anna M. Barvir*
                                Anna M. Barvir
12                              Attorney for Plaintiff

# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Wright v. Beck, et al.*
Case No.: 2:15-cv-05805-R-PJW

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF FULFILLMENT OF SETTLEMENT TERMS**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Felix Lebron
felix.lebron@lacity.org
Office of the Los Angeles City Attorney
200 N. Main Street, Room 675
Los Angeles, CA 90012

    I declare under penalty of perjury that the foregoing is true and correct.

Executed June 7, 2022.

*s/ Laura Palmerin*
Laura Palmerin